UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**Metalcraft of Mayville, Inc.,**
**d/b/a Scag Power Equipment**

       Plaintiff,

    v.                                    Case No. 2:16-cv-544

**The Toro Company,**

and

**Exmark Manufacturing Co., Inc.,**

       Defendants.

## DECLARATION OF MICHAEL T. GRIGGS

1.     I am an attorney with the law firm of Boyle Fredrickson, S.C. representing Metalcraft of Mayville, Inc., the plaintiff in the above-captioned matter. I make this declaration based on my personal knowledge, and if called to testify as a witness in this action, I would testify substantially as follows.

2.     Attached hereto as Exhibit A is a copy of a claim chart relating to Toro's lawnmowers.

3.     Attached hereto as Exhibit B is a copy of a claim chart relating to Exmark's lawnmowers.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct.

Date: May 5, 2016                                   By: s/Michael T. Griggs
                                                        Michael T. Griggs