UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Metalcraft of Mayville, Inc.,
d/b/a Scag Power Equipment

       Plaintiff,

    v.                               Case No. 2:16-CV-00544-LA

The Toro Company
and
Exmark Manufacturing Co., Inc.

       Defendants.

## [PROPOSED] ORDER FOR DISMISSAL, DISSOLUTION OF PRELIMINARY INJUNCTION AND RELEASE OF PRELIMINARY INJUNCTION BOND

WHEREAS the parties have reached a formal settlement of this action and have agreed that the action will be dismissed with prejudice, with each party to bear its own fees and costs, including attorneys' fees. And whereas Plaintiff posted a bond as security for the preliminary injunction in the amount of $1,000,000, which preliminary injunction is to be dissolved pursuant to the parties' settlement agreement.

Accordingly, **IT IS ORDERED** that the action is dismissed with prejudice and without costs to either party, the preliminary injunction is dissolved and the bond money is released to the Plaintiff.

Dated at Milwaukee, Wisconsin this 29 day of May, 2018.

                                                  s/Lynn Adelman
                                                  LYNN ADELMAN
                                                  United States District Judge